No. 96–8153. SPEARS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8154. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8156. JACKSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–8158. ROGERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8159. TUCKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8162. CHAVEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8163. BISHOP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8165. BRADSHAW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–8168. MORALES v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8169. McCAULEY-BEY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8171. DURANT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8173. GANT v. DRUG ENFORCEMENT AGENCY ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–8178. DOCKETT v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–8179. GODWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8181. DITTRICH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8183. FISHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.